GRANDVIEW DAIRY, INC. (1), Plaintiff-Appellant, and CHARLES KILLETS, as President of Grandview Dairy Mutual Welfare Aid Association (2), Plaintiff, v. THOMAS O'LEARY, Individually and as President of Milk Wagon Drivers, Chauffeurs and Helpers Local No. 584, an Unincorporated Association of More Than Seven Members (1), MAX LIEBLER, Individually and as Secretary of Said Unincorporated Association (2), and CHARLES GREEN (3), Respondents.— The motion of appellant for leave to appeal to the Court of Appeals is referred to the court that rendered the decision on the appeal. Present — Lazansky, P. J., Hagarty,

Johnston, Adel and Taylor, JJ. Motion for leave to appeal to the Court of Appeals denied. On the court's own motion, a reargument is directed and, on reargument, the decision of this court handed down on May 15, 1939 [*ante*, p. 842], is hereby amended to read as follows: Order denying appellant's motion to amend the judgment herein so as to include a provision for money damages affirmed, with ten dollars costs and disbursements, but without prejudice to a rehearing of the same on the appeal from the judgment. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.